Christopher L. Wanger (State Bar No. 164751)
E-mail: cwanger@manatt.com
Bruce B. Kelson (State Bar No. 202441)
E-mail: bkelson@manatt.com
Ann M. Heimberger (State Bar No. 197060)
E-mail: aheimberger@manatt.com
Kelly L. Knudson (State Bar No. 244445)
E-mail: kknudson@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474

Attorneys for Defendant
Amit Choudhury

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CLARIUM CAPITAL MANAGEMENT LLC and PETER THIEL,<br><br>Plaintiffs,<br><br>vs.<br><br>AMIT CHOUDHURY and DOES 1-100,<br><br>Defendants. | Case No. 08-CV-5157 SBA<br><br>DECLARATION OF CHRISTOPHER L. WANGER IN SUPPORT OF MOTION TO STAY LITIGATION PENDING ARBITRATION<br><br>Date: February 3, 2009<br>Time: 1:00 p.m.<br>Courtroom: 3<br>Judge: Hon. Saundra B. Armstrong |

I, Christopher L. Wanger, hereby declare:

1. I am an attorney licensed to practice law in California, and I am a partner at the law firm of Manatt, Phelps & Phillips, LLP, counsel for Defendant Amit Choudhury ("Choudhury"). I make this declaration in support of Choudhury's Motion to Stay Action Pending Arbitration. I have personal knowledge of the matters stated herein and would and could competently testify thereto if called upon to do so.

2. On September 14, 2006, Amisil Holdings Ltd. filed a Complaint in the United States District Court, Northern District of California (the "Related Action") against Clarium Capital Management, LLC, Peter Thiel, Jason Portnoy, and Mark Woolway (the "Clarium Defendants") (Case No. 06-CV-5255-SBA). On January 3, 2007, the Honorable Edward M. Chen issued a report recommending that the Clarium Defendants' Motion to Compel Arbitration of the claims the Related Action be granted. A true and correct copy of the Corrected Report and Recommendation on the Clarium Defendants' Motion to Compel Arbitration filed by Judge Chen is attached hereto as Exhibit A.

3. On or about September 24, 2007, Amisil Holdings, Ltd. filed its Demand for Arbitration with the International Centre for Dispute Resolution division of the American Arbitration Association (ICDR Case No. 50 181 T 00365 07) regarding its claims against the Clarium Defendants that were previously asserted in the Related Action. A true and correct copy of the Demand, without accompanying exhibits, is attached hereto as Exhibit B.

4. On or about November 5, 2007, the Clarium Defendants filed their Answer, Affirmative Defenses, and Arbitration Counter-Demand in the Related Arbitration. A true and correct copy of the Answer, Affirmative Defenses, and Arbitration Counter demand is attached hereto as Exhibit C.

5. On or about January 14, 2008, in response to the Clarium Defendants' Arbitration Counter-Demand, Amit Choudhury filed in the Related Arbitration his Objection to Jurisdiction and Motion to Dismiss, a true and correct copy of which is attached hereto as Exhibit D.

1   6.   On January 18, 2008, the Clarium Defendants wrote to the Arbitration Panel and withdrew the counterclaims asserted against Amit Choudhury. A true and correct copy of he Clarium Defendants' letter is attached hereto as Exhibit E.

7.   On January 22, 2008, the Arbitration Panel ordered the dismissal of the Clarium Defendants' counterclaims against Amit Choudhury in the Related Arbitration. A true and correct copy of the Arbitration Panel's email order is attached hereto as Exhibit F.

8.   On February 27, 2008, the Arbitration Panel ordered the dismissal, with prejudice, of certain counterclaims asserted by the Clarium Defendants against Amisil in the Related Arbitration. A true and correct copy of the Arbitration Panel's Scheduling Order #2 is attached hereto as Exhibit G.

9.   On August 27, 2008, Clarium and Peter Thiel filed an action against Choudhury in San Francisco Superior Court, a true and correct copy of which is attached hereto as Exhibit H.

10.   On November 26, 2008, Choudhury filed a Notice of Arbitration with the International Centre for Dispute Resolution. A true and correct copy of the Notice of Arbitration is attached hereto as Exhibit I.

11.   On November 26, 2008, my colleague Bruce Kelson emailed Plaintiffs' counsel a copy of the Notice of Arbitration and requested that Plaintiffs stipulate to have the matter heard by the same three-member panel in the pending *Amisil Holdings Ltd. v. Clarium Capital Management LLC* arbitration pending before the International Centre for Dispute Resolution division of the American Arbitration Association (ICDR Case No. 50 181 T 00365 07). A true and correct copy of the email, without accompanying attachment, is attached hereto as Exhibit J.

12.   In a series of subsequent emails, the parties discussed whether they could stipulate to having the matter decided by the same arbitration panel hearing the claims in the ongoing arbitration. Plaintiffs have refused to stipulate to the appointment of that panel, and have indicated the view that the ICDR has no jurisdiction over the claims submitted in the Notice of Arbitration. On December 5, 2008, plaintiffs' counsel confirmed that they would not agree to the relief sought by this motion (i.e., to stay this matter pending resolution of the arbitration or until a

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3
DECLARATION OF CHRISTOPHER L. WANGER IN
SUPPORT OF MOTION TO STAY ACTION PENDING          CASE # 08-CV-5157 SBA
ARBITRATION

ruling by the arbitrator on the issues of arbitrability).  A true and correct copy of the meet and confer emails and accompanying attachments is attached hereto as <u>Exhibit K</u>.

13. At the earliest opportunity, Choudhury will seek to have the same panel in the ongoing arbitration appointed to hear the newly-submitted claims and/or to have the two matters consolidated, and to obtain resolution of the issue of arbitrability.

14. Attached hereto as <u>Exhibit L</u> is a true and correct copy of an excerpt of the International Arbitration Rules of the International Centre for Dispute Resolution division of the American Arbitration Association.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct and that this declaration was executed this 5th day of December, 2008, at San Francisco, California.

                            */s/ Christopher L. Wanger*
                              Christopher L. Wanger

90042557.1